**6**

Oscar THOMAS v. STATE. (No. 10012.) (Court of Criminal Appeals of Texas. March 17, 1926.) Appeal from Gregg County Court; W. R. Hughes, Judge. Jno. T. Buckley, of Longview, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for unlawfully carrying a pistol; punishment fixed at a fine of $100. The indictment appears regular. The record is before us without statement of facts and bill of exceptions. No fundamental error has been perceived. The judgment is affirmed.

---

**7**

E. J. WISE v. STATE. (No. 10113.) (Court of Criminal Appeals of Texas. April 14, 1926.) Appeal from District Court, Liberty County; Thos. B. Coe, Judge. W. T. Norman and M. E. Cain, both of Liberty, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant is under conviction for the murder of one Jack Chambers; punishment being assessed at confinement in the penitentiary for a term of 15 years. The record contains neither bills of exception nor statement of facts, and in this condition nothing is presented to this court for review. The indictment is regular, and the charge of the court applicable to a case provable under the indictment. The judgment is affirmed.

---

**8**